[No. 52146-2-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GRAHAM PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10362-2, Brian D. Gain, J., entered April 7, 2003. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 52191-8-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER SCOTT BOYD, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 12, 2004. Substitute opinion filed. See ___ Wn. App. ___.

[No. 52269-8-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER R. DABALOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06193-8, Richard McDermott, J., entered January 10, 2003. *Reversed* by unpublished per curiam opinion.

[No. 52273-6-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BRUCE HEBB, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08542-1, Michael Heavey, J., entered April 29, 2003. *Affirmed* by unpublished per curiam opinion.